*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 16, 2016                   520677
_____

In the Matter of the Claim of
    HUGO CORONEL,
                        Appellant.
                                              MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:  May 3, 2016

Before:  Peters, P.J., McCarthy, Egan Jr., Lynch and Clark, JJ.

_____

        Hugo Coronel, Ridgefield Park, New Jersey, appellant
pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed December 10, 2014, which disqualified claimant from
receiving unemployment insurance benefits because he voluntarily
left his employment without good cause.

        Claimant worked for a manufacturing company for
approximately two months.  He had attendance problems and failed
to report to work after December 12, 2013.  According to
claimant, he stopped working because he had to report to jail
following his conviction of driving with a suspended license.
The Department of Labor found that claimant was disqualified from
receiving unemployment insurance benefits because he voluntarily
left his job without good cause.  This determination was upheld
by an Administrative Law Judge following a hearing and later by
the Unemployment Insurance Appeal Board.  Claimant appeals.

We affirm.  "A claimant who is absent from work due to incarceration has been held disqualified from receiving unemployment insurance benefits" (Matter of Richardson [Commissioner of Labor], 30 AD3d 870, 871 [2006] [citations omitted]; see Matter of Turlev [American Axle & Mfg.—Commissioner of Labor], 296 AD2d 763, 764 [2002]).  Inasmuch as claimant admitted that his incarceration prevented him from continuing to work for the manufacturing company, substantial evidence supports the Board's decision.

Peters, P.J., McCarthy, Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court